STATE OF NEW JERSEY v. DWAYNE KIRBY.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BENGA.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BASILIO ORTIZ.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT FLATH, JR.

September 6, 1989.

Petition for certification denied.